No. State 124. GLASS, Plaintiff in error, v. STATE, Defendant in error.

(Also reported in 212 N. W. 2d 703.)

For the plaintiff in error the cause was submitted on the briefs of *Howard B. Eisenberg,* state public defender.

For the defendant in error the cause was submitted on the brief of *Robert W. Warren,* attorney general, and *Steven B. Wickland,* assistant attorney general.

Order affirmed.